WEBBER & EGBERT EMPLOYMENT LAW, P.C.
   Kelsey A. Webber, State Bar No. 303721
   Kelsey.Webber@webberlawgroup.com
   Douglas M. Egbert, State Bar No. 265062
   Douglas.Egbert@webberlawgroup.com
   Shaelyn A. Stewart, State Bar No. 335149
   Shaelyn.Stewart@webberlawgroup.com
   Nathan A. Searcy, State Bar No. 345658
   Nathan.Searcy@webberlawgroup.com
2304 N Street
Sacramento, CA 95816
Telephone: (916) 588-0683

Attorneys for Plaintiff KUMANDAE MILLER

LITTLER MENDELSON, P.C.
   Steven A. Groode, State Bar No. 210500
   sgroode@littler.com
   Gonzalo Morales, State Bar No. 334944
   gmorales@littler.com
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, California 94597
Telephone: (925) 932-2468
Facsimile: (925) 946-9809

Attorneys for Defendant
MASTEC SERVICES COMPANY, INC.

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUMANDAE MILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>MASTEC SERVICES COMPANY, INC., a Florida Corporation; RAFA (LAST NAME UNKNOWN), an individual; DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.:    2:25-CV-03619-DJC-SCR<br><br>[Assigned to the Honorable District Judge Daniel J. Calabretta]<br><br>**JOINT STIPULATION AND ORDER FOR REMAND** |

1

JOINT STIPULATION AND ORDER FOR REMAND

Plaintiff KUMANDAE MILLER ("Plaintiff") and Defendant MASTEC SERVICES COMPANY, INC. ("Defendant MasTec") hereby stipulate, by and through their counsel, as follows:

WHEREAS, on November 14, 2025, Plaintiff filed Plaintiff's Complaint for Damages and Demand for Jury Trial against Defendants in the Superior Court of California, County of Solano;

WHEREAS, on December 15, 2025, Defendant MasTec removed this matter to the United States District Court – Eastern District of California on the basis of diversity jurisdiction. No federal question jurisdiction exists at this time.

WHEREAS, on January 8, 2026, Plaintiff's counsel met and conferred with Defendant's counsel regarding Plaintiff's intention to file a Motion to Remand.

WHEREAS, Defendant's counsel agreed to stipulate to remand this matter back to Solano County Superior Court provided that Plaintiff agrees to dismiss Defendant Rafa (last name unknown).

WHEREAS, Defendant's counsel agreed that Defendant would not remove this matter again once this matter has been remanded back to state court assuming there remains no federal question jurisdiction.

THEREFORE, Plaintiff and Defendant MasTec, by and through their counsel, stipulate as follows:

1. This matter will be remanded back to Solano County Superior Court.

2. Once this matter is back in Solano County Superior Court, Plaintiff agrees to dismiss Defendant Rafa (last name unknown), without prejudice.

3. Once this matter is back in Solano County Superior Court, Defendant MasTec will not remove this case from Solano County Superior Court again so long as there remains no federal question jurisdiction.

SO STIPULATED.

JOINT STIPULATION AND ORDER FOR REMAND

Respectfully submitted,

DATED:  January 14, 2026          WEBBER & EGBERT EMPLOYMENT LAW, P.C.


By: _____
    Kelsey A. Webber
    Douglas M. Egbert
    Shaelyn A. Stewart
    Nathan A. Searcy

    Attorneys for Plaintiff
    KUMANDAE MILLER


DATED:  January 14, 2026          LITTLER MENDELSON, P.C.


By:  */s/ Gonzalo Morales*
    Steven A. Groode
    Gonzalo Morales

    Attorneys for Defendant MASTEC SERVICES
    COMPANY, INC.

JOINT STIPULATION AND ORDER FOR REMAND

**ORDER**

**GOOD CAUSE APPEARING**, the Court hereby REMANDS this matter to Solano County Superior Court, Case No. CU25-10497. All pending hearings scheduled before this Court are hereby vacated.

The District Court Clerk shall enter this Order, serve copies on all counsel, mail a certified copy of this Order to the Clerk of the Solano County Superior Court, and close this file.

DATED:  January 23, 2026                    /s/ Daniel J. Calabretta
                                          ────────────────────────────
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ORDER FOR REMAND